IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NIESHA BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-2888 |
| | § | |
| KASTLE SYSTEMS OF TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendant, Kastle Systems of Texas LLC, filed a Motion to Seal Motion for Summary Judgment and Supporting Exhibits. (Docket Entry No. 28). The motion is granted in part and denied in part. The request to seal the entire motion, brief, and exhibits, including the parts that are neither confidential nor private, is denied. Kastle Systems has already filed its complete, unredacted motion, brief, and exhibits under seal. (Docket Entry No. 29). Kastle must file a redacted version of the motion, briefs, and exhibits, not under seal, no later than October 7, 2009. The portions of the motion, brief, and exhibits that refer or pertain to private medical or employment information may be redacted in what is to be filed without seal. The time to respond runs from the filing of the unredacted version under seal.

SIGNED on September 29, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge