IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NIESHA BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-2888 |
| | § | |
| KASTLE SYSTEMS OF TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON JOINT MOTION FOR CONTINUANCE OF TRIAL SETTING

The parties' Joint Motion for Continuance of Trial Setting is granted. The dates for the joint pretrial order and docket call are cancelled. They will be reset, as appropriate, when the summary judgment motion is resolved.

SIGNED on November 4, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge